**No. 62290.**—The Lee-Herrmann Co. *v.* United States, protest 311567–K (New York).

Opinion by WILSON, J.   In accordance with stipulation of counsel that certain items of the merchandise, described as tinfoil centerpieces, are in chief value of metal, the claim of the plaintiff was sustained.